IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| MICHAEL and LAKISHA AUTRY, | : | |
| Plaintiffs, | : | |
| v. | : | CA 2:12-00509-KD-C |
| LIBERTY MUTUAL GROUP, INC., | : | |
| Defendant. | : | |

**ORDER**

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and a *de novo* determination of those portions of the recommendation to which objection is made, the recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(l)(B) and dated November 16, 2012 is **ADOPTED** as the opinion of this Court with regard to the Motion to Remand but not as to the Motion to Dismiss.

Accordingly, it is **ORDERED** that the Plaintiff's Motion to Remand (Doc. 8) is **GRANTED** and this matter is hereby **REMANDED** to the Circuit Court of Wilcox County, Alabama from whence it came.

However, the Court lacks subject-matter jurisdiction to rule on the Defendant's Motion to Dismiss (Doc. 2) and thus, that portion of the Recommendation is not adopted.

**DONE** and **ORDERED** this the 7th day of **December 2012.**

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**