IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| MICHAEL and LAKISHA AUTRY, | : | |
| Plaintiffs, | : | |
| v. | : | CA 2:12-00509-KD-C |
| LIBERTY MUTUAL GROUP, INC., | : | |
| Defendant. | : | |

## JUDGMENT

In accordance with the Order issued on this date granting the Plaintiff's Motion to Remand (Doc. 8), it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that that this case is **REMANDED** to the Circuit Court of Wilcox County, Alabama from whence it came.

**DONE** and **ORDERED** this the **7th** day of **December 2012.**

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**